IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
TIME:_____
JUN 2 2 2004
JAMES BONINI, Clerk
COLUMBUS, OHIO

UNITED STATES OF AMERICA, et al.,
    Plaintiffs,

v.

OHIO EDISON COMPANY, et al.,
    Defendants.

Case No. 2:99-CV-1181
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

The Plaintiffs shall file a Response to Defendant Ohio Edison's Motion *in limine* to Exclude Evidence Relating to Remedies Not Permitted Under the Applicable Clean Air Statute (Doc. #401, filed June 21, 2004), by the close of business on **June 25, 2004.**

IT IS SO ORDERED.

6-22-2004
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE