# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**UNITED STATES OF AMERICA, et al.,**
    **Plaintiffs,**

    **v.**          **Case No. 2:99-CV-1181**
                  **JUDGE EDMUND A. SARGUS, JR.**
                  **Magistrate Judge Terence P. Kemp**

**OHIO EDISON COMPANY, et al,**
    **Defendants.**

### ORDER

In view of the anticipated settlement of this case, the following motions shall be rendered **MOOT** and removed from the Court's pending motions list: **Doc. Nos.** 361, 365, 366, 370, 379, 380, 381, 382, 383, 384, 385, 386, 388, 392, 393, 394, 399, 401, 402, 405, 406, 407, 408, 409, 411, 413.

    **IT IS SO ORDERED.**

3-15-2005
**DATE**

               **EDMUND A. SARGUS, JR.**
               **UNITED STATES DISTRICT JUDGE**