IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    et al.,

    Plaintiffs,

vs.

Case No. C2-99-1181
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terrence P. Kemp

OHIO EDISON COMPANY,
    et al.,

    Defendants.

## ORDER

This case is hereby scheduled for an in-chambers **SETTLEMENT CONFERENCE** on **DECEMBER 11, 2009 at 10:00 a.m**. Principals must attend the conference.

**IT IS SO ORDERED.**

11-17-2009
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**